UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL KARIEM MUHAMMUD, | : | CIVIL ACTION NO. 3:CV-12-0404 |
| Petitioner | : | (Judge Nealon) |
| v. | : | FILED SCRANTON |
| FRANK STRADA, LSCI-Allenwood Warden, | : | MAY 5 – 2014 |
| Respondent | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW, THIS 5th DAY OF MAY, 2014,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Courts is directed to **CLOSE** this case.

_____
United States District Judge